James David WHITE, Plaintiff—
Appellant,

v.

Karen STACHER, Doctor; Evan Vogel,
Doctor; Nela Laughridge; Ivan J. To-
ney, Esquire; James W. Segura, Es-
quire; Kim R. Varner, Esquire; Mike
Sanders; Ruth Ann Earl; Jim Aiken,
Police Officer No. 1; J.F. Hamlett,
Police Office No. 2; T.T. Thompson,
Police Officer No. 3; M.S. Hunting-
ton, Police Officer No. 4, Defen-
dants—Appellees.

No. 06–1602.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 4, 2006.

James David White, Appellant Pro Se.
Kevin William Sturm, Spartanburg, South
Carolina; Marshall Winn, Wyche, Burgess,
Freeman & Parham, PA, Greenville, South
Carolina; Charles Franklin Turner, Jr.,
Turner, Padget, Graham & Laney, PA,
Greenville, South Carolina; Debra J. Gam-
mons, City Of Greenville, Greenville South
Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

James David White appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised White that failure to file
timely specific objections to this recom-
mendation could waive appellate review of
a district court order based upon the rec-
ommendation. Despite this warning,
White failed to file specific objections to
the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
White has waived appellate review by fail-
ing to timely file specific objections after
receiving proper notice. Accordingly, we
affirm the judgment of the district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*